JL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Artemii Matveenok, | No. CV-26-03011-PHX-DJH (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| David R. Rivas, et al., | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.)

Petitioner is a native and citizen of Russia who entered the United States on August 7, 2024 through a CBP One appointment. (*Id.* ¶ 24.) Petitioner was detained by immigration officials that day and has remained continuously detained since then. (*Id.* ¶ 26.) On October 21, 2024, Petitioner filed an Application for Asylum, Withholding of Removal, and Protection under the Convention Against Torture (CAT). (*Id.* ¶ 25.) On March 4, 2025, an Immigration Judge denied Petitioner's requests for asylum, withholding of removal, and protection under CAT and ordered him removed to Russia. (*Id.* ¶ 27.) Petitioner appealed the removal order, and his appeal was dismissed on August 25, 2025. (*Id.* ¶ 28.) On August 26, 2025, Petitioner filed an appeal with the Ninth Circuit Court of Appeals. (*Id.* ¶ 29.) That appeal remains pending.

Petitioner has never had a bond hearing before an Immigration Judge, and Petitioner has not moved for a custody redetermination because he was designated as an arriving

TERMPSREF

alien. (*Id.* ¶ 30.)

In Ground One, Petitioner asserts his prolonged, mandatory detention without a bond hearing violates the Fifth Amendment. (*Id.* ¶¶ 62-82.) In Ground Two, Petitioner contends arbitrary and unreasonable government-caused delay has caused his prolonged detention, which violates the Fifth Amendment. (*Id.* ¶¶ 83-88.) Petitioner seeks immediate release from custody, or, alternatively, a prompt individualized bond hearing before a neutral adjudicator.

The Court will require Respondents to answer the Petition.

**IT IS ORDERED:**

(1)     Counsel for Petitioner must immediately serve the Petition (Doc. 1) and a copy of this Order on Respondents.

(2)     If not already issued, the Clerk of Court must issue any properly completed summonses.

(3)     The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4)     Respondents must answer the Petition within **20 days** of the date of service. Respondents shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(5)     Regarding courtesy copies of documents for chambers, Respondents are directed to review Section II(D) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, which requires that "a courtesy copy of the filing, referencing the specific document number, shall be printed directly from CM/ECF." CM/ECF Admin. Man. § II(D)(3) (emphasis added). *See* http://www.azd.uscourts.gov / sites/default/files/documents/adm%20manual.pdf.

- 2 -

TERMPSREF

(6)   Petitioner may file a reply within **10 days** from the date of service of the answer.

(7)   This matter is referred to Magistrate Judge Alison S. Bachus pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 1st day of May, 2026.

Honorable Diane J. Humetewa
United States District Judge

- 3 -

**TERMPSREF**