# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Artemii Matveenok,

Petitioner,

v.

David R Rivas, et al.,

Respondents.

No. CV-26-03011-PHX-DJH (ASB)

**ORDER**

The Court is in receipt of Petitioner's Response to Order to Show Cause (Doc. 12) filed on August 7, 2026.

On July 14, 2026, Petitioner, through counsel, filed a "Motion for Order to Show Cause" with the Court, requesting that the Court order Respondents to show cause as to why they have not filed an answer. (Doc. 5.) This Court denied the Motion on July 15, 2026, finding that Petitioner had not shown proper service on Respondents and warning Petitioner that "failure to timely effectuate proper service may result in dismissal." (Doc. 6.) No further service documents followed.  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this Court issued an Order to Show Cause on July 30, 2026 ordering Petitioner to show cause within ten days as to why the matter should not be dismissed, given that Petitioner did not show proper service within 90 days of the date of the Complaint. (Doc. 7.)

Petitioner timely filed a Response to the Order to Show Cause. (Doc. 12.) Petitioner's counsel asserted that she mistakenly believed she had effectuated proper

service and proof of service. (*Id.* at 2-3.) She further asserted that when she received the Court's July 15, 2026 Order she attempted to correct the issues, "but was unable to confirm what proper service or proof of service would be before she was out of the office from July 24 to July 31, 2026." (*Id.* at 3.)

Following the Court's Order to Show Cause (Doc. 7), Petitioner's counsel submitted summonses as to all Respondents to the action: Todd Blanche, Markwayne Mullin, Todd M. Lyons, Daniel Brightman, and David R. Rivas on August 7, 2026. (Doc. 8.) Petitioner's counsel also submitted summonses as to the Civil Process Clerk for the District of Arizona United States Attorney's Office. (*Id.*) The Clerk of Court issued summonses as to each of these Respondents. (Doc. 9-10.) Additionally, on August 7, 2026, Petitioner filed a Certificate of Service, certifying that counsel served the Petition, Exhibits, Civil Cover Sheet, Summonses, and Scheduling Order upon Respondents as well as the U.S. Attorney's Office for the District of Arizona. (Doc. 11.) In Petitioner's Certificate of Service, counsel included a Certified Mail Receipt as to all Respondents and the Civil Process Clerk, U.S. Attorney's Office for the District of Arizona. (*Id.* at 108-113.) Accordingly, it appears that Petitioner has now properly effected service of process upon Respondents. In light of the above, the Court will set aside the Order to Show Cause (Doc. 7) and will affirm the deadlines set forth in the Court's May 1, 2026 scheduling Order (Doc. 3).

Based on the foregoing,

**IT IS ORDERED** setting aside the Court's Order to Show Cause (Doc. 7).

**IT IS FURTHER ORDERED** that the Court's deadlines in its May 1, 2026 Order (Doc. 3) are hereby affirmed. Respondents must answer the Petition within 20 days of the date of service. Petitioner may file a reply within 10 days from the date of service of the answer.

Dated this 12th day of August, 2026.

_____
Honorable Alison S. Bachus
United States Magistrate Judge

- 2 -