**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Artemii Matveenok,

Petitioner,

v.

David R Rivas, et al.,

Respondents.

No. CV-26-03011-PHX-DJH (ASB)

**ORDER**

The Court previously summarized the procedural history of the instant action as follows:

> On July 14, 2026, Petitioner, through counsel, filed a "Motion for Order to Show Cause" with the Court, requesting that the Court order Respondents to show cause as to why they have not filed an answer. (Doc. 5.) This Court denied the Motion on July 15, 2026, finding that Petitioner had not shown proper service on Respondents and warning Petitioner that "failure to timely effectuate proper service may result in dismissal." (Doc. 6.) No further service documents followed. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this Court issued an Order to Show Cause on July 30, 2026 ordering Petitioner to show cause within ten days as to why the matter should not be dismissed, given that Petitioner did not show proper service within 90 days of the date of the Complaint. (Doc. 7.)
>
> Petitioner timely filed a Response to the Order to Show Cause. (Doc. 12.) Petitioner's counsel asserted that she mistakenly believed she had effectuated proper service and

> proof of service. (*Id.* at 2-3.) She further asserted that when she received the Court's July 15, 2026 Order she attempted to correct the issues, "but was unable to confirm what proper service or proof of service would be before she was out of the office from July 24 to July 31, 2026." (*Id.* at 3.)
>
> Following the Court's Order to Show Cause (Doc. 7), Petitioner's counsel submitted summonses as to all Respondents to the action: Todd Blanche, Markwayne Mullin, Todd M. Lyons, Daniel Brightman, and David R. Rivas on August 7, 2026. (Doc. 8.) Petitioner's counsel also submitted summonses as to the Civil Process Clerk for the District of Arizona United States Attorney's Office. (*Id.*) The Clerk of Court issued summonses as to each of these Respondents. (Doc. 9-10.) Additionally, on August 7, 2026, Petitioner filed a Certificate of Service, certifying that counsel served the Petition, Exhibits, Civil Cover Sheet, Summonses, and Scheduling Order upon Respondents as well as the U.S. Attorney's Office for the District of Arizona. (Doc. 11.) In Petitioner's Certificate of Service, counsel included a Certified Mail Receipt as to all Respondents and the Civil Process Clerk, U.S. Attorney's Office for the District of Arizona. (*Id.* at 108-113.)

(Doc. 13.)

Based on the properly effectuated service of process on August 7, 2026, the Court affirmed the deadlines in its May 1, 2026 Order (Doc. 3) and ordered Respondents to answer the Petition within 20 days of the date of service. (Doc. 13.) Based on the Certified Mail Receipt tracking numbers provided by Petitioner, the last Respondent was served on August 19, 2026.[1] (*See* Doc. 11.) To date, Respondents have failed to timely file a response to the Petition. The Court will briefly extend the time for the response, but the Court further notifies the parties that if Respondents do not file their answer by September 14, 2026, the Court will assume Respondents do not contest what Petitioner has put forth in his Petition.[2]

---

[1] Respondents received certified mail service on the following days: Respondent Rivas August 12, 2026; Respondent Brightman August 11, 2026; Respondent Lyons August 13, 2026; Respondent Mullins August 17, 2026; Respondent Blanche August 19, 2026; Civil Process Clerk of D. Ariz. U.S. Attorney's Office August 10, 2026. (*See* Doc. 11 at 108-113.)

[2] Respondents have had at least constructive knowledge of the instant Petition since May 1, 2026. (*See* Doc. 3) (the Clerk of Court providing courtesy copies to Respondents via email).

The response shall provide good cause as to why the Court's original deadline was not met. The Court will give Petitioner an opportunity to reply to the response.

**IT IS THEREFORE ORDERED** that no later than **September 14, 2026**, Respondents shall file an answer to the Petition. Respondents should provide good cause as to why the Court's original deadline was not met. If Respondents fail to file their Response by September 14, 2026, the Court will proceed with consideration of Petitioner's provided documents and issue its Report and Recommendation for the District Judge's consideration.

**IT IS FURTHER ORDERED** directing the Clerk of Court to immediately transmit by email a copy of this Order to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

**IT IS FURTHER ORDERED** that Petitioner may file a reply to Respondents' answer no later than **ten (10) days** from the date that Respondents' answer is filed and served.

Dated this 9th day of September, 2026.

Honorable Alison S. Bachus
United States Magistrate Judge